**Fill in this information to identify the case:**

Debtor 1 Gloria Andain Johnson

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number 25-13966

**Official Form 410S1**

# Notice of Mortgage Payment Change

**12/25**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor:** THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A. F/K/A JPMORGAN CHASE BANK, AS TRUSTEE, FOR GSMPS MORTGAGE LOAN TRUST 2003-2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-2

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 9607

**Date of payment change:** 10/01/2026
Must be at least 21 days after date of this notice

**New total payment:** $1,539.84
Principal, interest, and escrow, if any
*For HELOC payment, amounts, see Part 3*

**Uniform Claim Identifier:** WFCMGE2513966PAE31789607

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

- [x] No
- [ ] Yes Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: ________ New escrow payment: ________

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

- [x] No
- [ ] Yes Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

Current interest rate: ________ New interest rate: ________

Current principal and interest payment: ________ New principal and interest payment: ________

Debtor 1 Gloria Andain Johnson Case number (if known) 25-13966
First Name Middle Name Last Name

## Part 3: Annual HELOC Notice

**3. Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

☑ No

☐ Yes

Current HELOC payment: ______

Reconciliation amount: + ______ or

- ______

Amount of next payment (including reconciliation amount) ______

Amount of the new payment thereafter (without reconciliation amount) ______

## Part 4: Other Payment Change

**4. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☐ No

☑ Yes Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: Payment change resulting from a decrease in premium for Mortgage Insurance.

Current mortgage payment: $1,541.87 New mortgage payment: $1,539.84

The CM/ECF system imposes certain constraints, including limits on the number of characters that may be entered into certain fields, when filing a proof of claim. As a result of these constraints and limitations, the creditor name that appears on the bankruptcy court's claims register (and any supplemental proof of claim) may differ from the creditor name that appears on the actual proof of claim form.

## Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✘ /s/ Mark Cardenas Date 08/31/2026
- As Authorized Filing Agent For Wells Fargo Bank, N.A.

Approved By:

Print: Eric Retzlaff Title VP Loan Documentation
First Name Middle Name Last Name

Company Wells Fargo Bank, N.A.
Address MAC N9286-01Y
P.O. Box 1629
Minneapolis, MN 55440-9790

Specific Contact Information:
P: 800-274-7025
E: NoticeOfPaymentChangeInquiries@wellsfargo.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **CASE NO.: 25-13966** |
| **Gloria Andain Johnson** | **CHAPTER: 13** |

**Debtor(s).**
_______________________________/

## CERTIFICATE OF SERVICE

I hereby certify that on or before September 01, 2026, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:* *By U.S. Postal Service First Class Mail Postage Prepaid:*

Gloria Andain Johnson
7942 Fayette Street
Philadelphia, PA 19150-2104

*Debtor's Attorney:* *By CM / ECF Filing:*

MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

*Trustee:* *By CM / ECF Filing:*

*Trustee:*

SCOTT F. WATERMAN [Chapter 13]
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

/s/ Mark Cardenas

InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)