**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 25-13966-amc |
| **Gloria Andain Johnson AKA Gloria Andain** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| | : | * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : | |
| | : | |
| | : | **Related Document #** |
| | : | |
| | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. f/k/a JPMorgan Chase Bank, as Trustee, for GSMPS Mortgage Loan Trust 2003-2, Mortgage Pass-Through Certificates, Series 2003-2, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

                    Respectfully submitted,

                    /s/ Adam B. Hall
                    Adam B. Hall, Esquire (323867)
                    MDK Legal
                    P.O. Box 165028
                    Columbus, OH  43216-5028
                    Telephone: 614-220-5611
                    Fax: 614-627-8181
                    Attorneys for Creditor
                    The case attorney for this file is Adam B. Hall.
                    Contact email is ABHall@mdklegal.com

25-024784_PS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 25-13966-amc |
| **Gloria Andain Johnson AKA Gloria Andain** | : **Chapter 13** |
| | : **Judge Ashely M. Chan** |
| | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | : |
| | : **Related Document #** |
| | : |
| | : |
| | : |

### CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, ECFMail@ReadingCh13.com

Michael A. Cibik, Attorney for Gloria Andain Johnson AKA Gloria Andain, help@cibiklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Gloria Andain Johnson AKA Gloria Andain, 7942 Fayette Street, Philadelphia, PA  19150-2104

Lamar Johnson and Muthel Andain, 1043 Dekalb Street, Norristown, PA  19401

/s/ Adam B. Hall

25-024784_PS