IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| | Case No.: 25-13966-amc |
| **Gloria Andain Johnson AKA Gloria Andain** | Chapter 13 |
| | Judge Ashely M. Chan |
| | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | |
| **Gloria Andain Johnson AKA Gloria Andain** | Date and Time of Hearing |
| **Lamar Johnson** | _____ |
| **Muthel Andain** | Related Document No. 15 |
| **Allan Andain** | |
| **Scott F. Waterman** | |
| **Movant,** | |
| vs | |
| The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. f/k/a JPMorgan Chase Bank, as Trustee, for GSMPS Mortgage Loan Trust 2003-2, Mortgage Pass-Through Certificates, Series 2003-2 | |
| **Respondents.** | |

### OBJECTION OF THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A. F/K/A JPMORGAN CHASE BANK, AS TRUSTEE, FOR GSMPS MORTGAGE LOAN TRUST 2003-2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-2 TO THE CONFIRMATION OF THE PLAN (DOCKET NUMBER 15)

The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. f/k/a JPMorgan Chase Bank, as Trustee, for GSMPS Mortgage Loan Trust 2003-2, Mortgage Pass-Through Certificates, Series 2003-2 ("Creditor") by and through its undersigned counsel, objects to the confirmation of the currently proposed plan ("Plan") filed by Gloria Andain Johnson AKA Gloria Andain ("Debtor") as follows:

25-024784_ABH

1. Creditor holds a security interest secured by a mortgage lien on Debtor's property commonly known as 1043 Dekalb Street, Norristown, PA 19401 ("Property").

2. Creditor intends to file a Proof of Claim in the amount of $98,628.91. This amount includes a pre-petition arrearage in the amount of $53,260.17.

3. Debtor's Plan does not provide for the complete arrearage due on Creditor's claim.

4. At this time, Creditor has not offered a permanent loan modification agreement to Debtor.

5. Debtor's Plan represents an impermissible modification of Creditor's claim and a violation of 11 U.S.C. §§1322 and 1325.

WHEREFORE, Creditor respectfully requests that the Court deny the confirmation of the Debtor's currently proposed Plan.

Respectfully submitted,

/s/ Adam B. Hall
Adam B. Hall, Esquire (323867)
MDK Legal
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is ABHall@mdklegal.com

25-024784_ABH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 25-13966-amc** |
| **Gloria Andain Johnson AKA Gloria Andain** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | | |
| | : | |
| **Gloria Andain Johnson AKA Gloria Andain** | : | Date and Time of Hearing |
| **Lamar Johnson** | : | |
| **Muthel Andain** | : | Related Document No. 15 |
| **Allan Andain** | : | |
| **Scott F. Waterman** | : | |
| **Movant,** | : | |
| vs | : | |

**The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. f/k/a JPMorgan Chase Bank, as Trustee, for GSMPS Mortgage Loan Trust 2003-2, Mortgage Pass-Through Certificates, Series 2003-2**

**Respondents.**

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Objection of The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. f/k/a JPMorgan Chase Bank, as Trustee, for GSMPS Mortgage Loan Trust 2003-2, Mortgage Pass-Through Certificates, Series 2003-2 to the Confirmation of the Original Plan was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, ECFMail@ReadingCh13.com

25-024784_ABH

Michael A. Cibik, Attorney for Gloria Andain Johnson AKA Gloria Andain, help@cibiklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Gloria Andain Johnson AKA Gloria Andain, 7942 Fayette Street, Philadelphia, PA  19150-2104

Lamar Johnson and Muthel Andain, 1043 Dekalb Street, Norristown, PA  19401

/s/ Adam B. Hall

25-024784_ABH