**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Gloria Andain Johnson,<br><br>　　　　　　　　　Debtor. | Case No. 25-13966-AMC<br>Chapter 13 |

**Certificate of Service**

　　I, Michael A. Cibik, certify that on October 24, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

　　I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: October 24, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building 900 Market Street
Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
Chapter 13 Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106

**The Bank of New York Mellon**
Attn: Adam B. Hall, Esquire
c/o MDK Legal
P.O. Box 165028
Columbus, OH 43216-5028

**Wells Fargo Bank, N.A.**
Attn: Mario J. Hanyon
c/o Brock and Scott, PLLC
3825 Forrestgate Dr.
Winston-Salem, NC 27103

American Heritage Federal Credit Union
Attn: Bankruptcy
2060 Red Lion Rd
Philadelphia, PA 19115-1603

Caine & Weiner
Attn: Bankruptcy
5805 Sepulveda Blvd
Sherman Oaks, CA 91411-2546

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

City of Philadelphia
c/o City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819

Concora Credit
Genesis FS Card Services
PO Box 4477
Beaverton, OR 97076-4477

Credit Acceptance
25505 West 12 Mile Road Ste 3000
Southfield, MI 48034

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062

Credit One Bank
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

Fst Premier
3820 N Louise Avenue
Sioux Falls, SD 57107

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**Lendmark**
2118 Usher St.
Covington, GA 30014

**Navy Federal Credit Union**
Attn: Bankruptcy
PO Box 3000
Merrifield, VA 22119

**PECO Energy Company**
2301 Market St
Philadelphia, PA 19103-1338

**Penn Credit**
Attn: Bankruptcy
2800 Commerce Dr
Harrisburg, PA 17110

**Pennsylvania Attorney General**
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

**Pennsylvania Department of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**Pennsylvania Office of General Counsel**
333 Market St Fl 17
Harrisburg, PA 17101-2210

PGW
Legal - Bankruptcy Unit
800 W Montgomery Ave Fl 3
Philadelphia, PA 19122-2806

Philadelphia Municipal Court
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

Philadelphia Parking Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

Syncb/Modells
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank/JCPenney
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

**U.S. Attorney, Eastern District of Pa.**
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

**U.S. Department of Justice**
Attorney General
PO Box 683
Washington, DC 20044-0683

**Waypoint Resource Group**
Attn: Bankruptcy
1065 W Levoy Dr, Ste 100
Taylorsville, UT 84123