# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>Gloria Andain Johnson AKA GLORIA ANDAIN<br><br>Wells Fargo Bank, N.A.,<br>    Movant<br><br>vs.<br><br>Gloria Andain Johnson AKA GLORIA ANDAIN ,<br>    Debtor | Case No. 25-13966-amc<br>Chapter 13 |

## OBJECTION TO CONFIRMATION
## OF DEBTOR'S CHAPTER 13 PLAN

Wells Fargo Bank, N.A. ("Movant"), by and through its undersigned counsel, files this *Objection to Confirmation of Debtor's Chapter 13 Plan* (Doc 22), and states as follows:

1. The Debtor filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on September 30, 2025.

2. Movant holds a security interest in the Debtor's real property located at 1043 DEKALB ST, Norristown, PA 19401 (the "Property"), by virtue of a Mortgage.

3. The Debtor filed a Chapter 13 Plan (the "Plan") on October 29, 2025 (Doc 22).

4. The Debtor needs to address how they will be dealing with this loan. The debtor must indicate whether they intend to pay the debt as a total debt or continue to make monthly payments.

5. The Plan does not list Note and Mortgage with Movant. Although Movant has not yet filed its proof of claim, it is anticipated that the claim will show the Total Debt due

Movant is $14,763.32, whereas the Plan does not indicate how claim will be treated.

6. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed.

7. Movant objects to any plan which proposes to pay it anything less than $14,763.32 as the Total Debt arrearage over the life of the plan.

8. Movant objects to Debtor's proposed Chapter 13 Plan as Part 4(a) that Movant will not receive any distribution from the Chapter 13 Trustee on its proof of claim.

**WHEREFORE**, Movant respectfully requests the entry of an Order which denies confirmation of the Plan unless such plan is amended to overcome the objections of Movant as stated herein, and for such other and further relief as the Court may deem just and proper.

/s/Andrew Spivack
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Ryan Srnik, PA Bar No. 334854
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

L.B.F. 9014-4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>Gloria Andain Johnson AKA GLORIA ANDAIN<br><br>Wells Fargo Bank, N.A.,<br>    Movant<br><br>vs.<br><br>Gloria Andain Johnson AKA GLORIA ANDAIN ,<br>    Debtor | Case No. 25-13966-amc<br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on November 4, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date: <u>November 4, 2025</u>

                                                  <u>*/s/Andrew Spivack*</u>
                                                Andrew Spivack, PA Bar No. 84439
                                               Mario Hanyon, PA Bar No. 203993
                                               Ryan Srnik, PA Bar No. 334854
                                               Jay Jones, PA Bar No. 86657
                                               Attorney for Creditor
                                               BROCK & SCOTT, PLLC
                                               3825 Forrestgate Drive
                                               Winston Salem, NC 27103
                                               Telephone: (844) 856-6646

        Facsimile: (704) 369-0760
        E-Mail: PABKR@brockandscott.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Michael A Cibik, Debtor's Attorney
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
help@cibiklaw.com
Debtor's Attorney

Via:   ☒ CM/ECF   ☐ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
      ☐ Other:

SCOTT F. WATERMAN [Chapter 13],
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
Bankruptcy Trustee

Via:   ☒ CM/ECF   ☐ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
      ☐ Other:

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
US Trustee

Via:   ☒ CM/ECF   ☐ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
      ☐ Other:

Gloria Andain Johnson
7942 Fayette Street
Philadelphia, PA 19150
Debtor

Via:   ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
      ☐ Other: