IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 25-13966-amc |
| **Gloria Andain Johnson AKA Gloria Andain** | : Chapter 13 |
| | : Judge Ashely M. Chan |
| | : * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | : |
| **The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. f/k/a JPMorgan Chase Bank, as Trustee, for GSMPS Mortgage Loan Trust 2003-2, Mortgage Pass-Through Certificates, Series 2003-2** | : Related Document # 21 |
| **Movant,** | : |
| vs | |
| **Gloria Andain Johnson AKA Gloria Andain** | |
| **Lamar Johnson** | |
| **Muthel Andain** | |
| **Allan Andain** | |
| **Scott F. Waterman, Trustee** | |
| **Respondents.** | |

## PRAECIPE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN (DOCKET NO. 21)

Now comes The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. f/k/a JPMorgan Chase Bank, as Trustee, for GSMPS Mortgage Loan Trust 2003-2, Mortgage Pass-Through Certificates, Series 2003-2 ("Creditor") by and through counsel, and hereby withdraws its Objection to Confirmation of Plan which was filed in this Court on October 24, 2025. The Objection to Confirmation of Plan needs to be withdrawn because Debtor filed an amended plan on October 24, 2025 at docket 21 that resolves

25-024784_KJB

creditor's objection.

                                        Respectfully submitted,

                                        /s/ Adam B. Hall
                                        Adam B. Hall, Esquire (323867)
                                        MDK Legal
                                        P.O. Box 165028
                                        Columbus, OH  43216-5028
                                        Telephone: 614-220-5611
                                        Fax: 614-627-8181
                                        Attorneys for Creditor
                                        The case attorney for this file is Adam B. Hall.
                                        Contact email is ABHall@mdklegal.com

25-024784_KJB

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 25-13966-amc** |
| **Gloria Andain Johnson AKA Gloria Andain** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| | : | * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : | |
| | : | |
| **The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. f/k/a JPMorgan Chase Bank, as Trustee, for GSMPS Mortgage Loan Trust 2003-2, Mortgage Pass-Through Certificates, Series 2003-2** | : | **Related Document # 21** |
| **Movant,** | : | |
| vs | | |
| **Gloria Andain Johnson AKA Gloria Andain** **Lamar Johnson** **Muthel Andain** **Allan Andain** **Scott F. Waterman, Trustee** | | |
| **Respondents.** | | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Praecipe of Withdrawal of Objection to Confirmation of Plan (Docket No. 21) was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, ECFMail@ReadingCh13.com

Michael A. Cibik, Attorney for Gloria Andain Johnson AKA Gloria Andain, help@cibiklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

25-024784_KJB

Gloria Andain Johnson AKA Gloria Andain, 7942 Fayette Street, Philadelphia, PA  19150-2104

Lamar Johnson and Muthel Andain, 1043 Dekalb Street, Norristown, PA  19401

/s/ Adam B. Hall
_____

25-024784_KJB