UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Gloria Andain Johnson<br><br>                    Debtor | Chapter 13<br>Bankruptcy No.25-13966-AMC |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 15th day of January, 2026, by first class mail upon those listed below:

Gloria Andain Johnson
7942 Fayette Street
Philadelphia, PA  19150-2104

**Electronically via CM/ECF System Only:**

CIBIK LAW, PC
% MICHAEL A CIBIK ESQ
1500 WALNUT STREET STE 900
PHILADELPHIA, PA  19102

                                        */s/ Kristen Gliem*
                                        _____
                                        Kristen Gliem
                                        for
                                        Scott F. Waterman, Esquire
                                        Standing Chapter 13 Trustee