# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| Gloria Andain Johnson, | Case No. 25-13966-AMC |
| --- | --- |
| *Debtor*. | Chapter 13 |

## CERTIFICATION OF SERVICE

I, Michael A. Cibik, certify that on January 15, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Second Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated. Date:

January 15, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service - CM/ECF:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

**Scott F. Waterman**
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606

**The Bank of New York Mellon**
11625 N Community House Rd
Charlotte, NC 28277-1581

**Wells Fargo Bank, N.A.**
11625 N. Community House Rd
Charlotte, North Carolina 28277

**Method of Service - First Class Mail:**

American Heritage Federal Credit Union
Attn: Bankruptcy
2060 Red Lion Rd
Philadelphia, PA 19115-1603

Caine & Weiner
Attn: Bankruptcy
5805 Sepulveda Blvd
Sherman Oaks, CA 91411-2546

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

City of Philadelphia
c/o City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819

Concora Credit
Genesis FS Card Services PO Box 4477
Beaverton, OR 97076-4477

Credit Acceptance
25505 West 12 Mile Road Ste 3000
Southfield, MI 48034

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062

**Credit One Bank**
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

**Fst Premier**
3820 N Louise Avenue
Sioux Falls, SD 57107

**Internal Revenue Service**
Centralized Insolvency Operation PO Box 7346
Philadelphia, PA 19101-7346

**Lendmark**
2118 Usher St.
Covington, GA 30014

MDK
Attn: Bankruptcy
c/o Meredith Wooters
P.O. Box 165028
Columbus, OH 43216

Navy Federal Credit Union
Attn: Bankruptcy
PO Box 3000
Merrifield, VA 22119

PECO Energy Company
2301 Market St
Philadelphia, PA 19103-1338

Penn Credit
Attn: Bankruptcy
2800 Commerce Dr
Harrisburg, PA 17110

**Pennsylvania Attorney General**
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

**Pennsylvania Department of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**Pennsylvania Office of General Counsel**
333 Market St Fl 17
Harrisburg, PA 17101-2210

**PGW**
Legal - Bankruptcy Unit
800 W Montgomery Ave Fl 3
Philadelphia, PA 19122-2806

**Philadelphia Municipal Court**
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

**Philadelphia Parking Authority**
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

**Syncb/Modells**
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank/JCPenney
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

**U.S. Attorney, Eastern District of Pa.**
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

**U.S. Department of Justice**
Attorney General
PO Box 683
Washington, DC 20044-0683

**Waypoint Resource Group**
Attn: Bankruptcy
1065 W Levoy Dr, Ste 100
Taylorsville, UT 84123