# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Gloria Andain Johnson,<br><br>       *Debtor*. | Case No. 25-13966-AMC<br>Chapter 13 |

### CERTIFICATION OF SERVICE

I, Michael A. Cibik, certify that on April 28, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Fourth Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: April 28, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service - CM/ECF:**

### U.S. Trustee

Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

### Scott F. Waterman

2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606

### The Bank of New York Mellon

11625 N Community House Rd
Charlotte, NC 28277-1581

### Wells Fargo Bank, N.A.

11625 N. Community House Rd
Charlotte, North Carolina 28277

## Method of Service - First Class Mail:

### Internal Revenue Service

Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346