Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Gloria Andain Johnson
7942 Fayette Street
Philadelphia, PA 19150-2104

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 25-13966-AMC**

Petition Filed Date: 09/30/2025
341 Hearing Date: 10/31/2025
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/10/2025 | $1,580.00 | | 01/06/2026 | $1,580.00 | | 02/05/2026 | $1,580.00 | |
| 03/30/2026 | $1,803.00 | | 05/01/2026 | $1,803.00 | | 06/02/2026 | $1,803.00 | |
| 06/30/2026 | $2,027.00 | | 07/30/2026 | $2,027.00 | | | | |

**Total Receipts for the Period: $14,203.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $14,203.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | WELLS FARGO BANK NA<br>»» 001 | Mortgage Arrears | $53,345.17 | $0.00 | $0.00 |
| 2 | UNITED STATES TREASURY (IRS)<br>»» 02P | Priority Crediors | $8,317.05 | $0.00 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 02U | Unsecured Creditors | $1,228.00 | $0.00 | $0.00 |
| 4 | NEW JERSEY TURNPIKE AUTHORITY<br>»» 003 | Unsecured Creditors | $277.90 | $0.00 | $0.00 |
| 5 | WELLS FARGO BANK NA<br>»» 004 | Unsecured Creditors | $14,763.32 | $0.00 | $0.00 |
| 6 | PHILADELPHIA GAS WORKS<br>»» 005 | Unsecured Creditors | $5,361.62 | $0.00 | $0.00 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 006 | Unsecured Creditors | $828.78 | $0.00 | $0.00 |
| 8 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $232.12 | $0.00 | $0.00 |
| 9 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $284.19 | $0.00 | $0.00 |
| 10 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $6,795.45 | $0.00 | $0.00 |
| 11 | CITY OF PHILADELPHIA (LD)<br>»» 010 | Secured Creditors | $6,271.38 | $0.00 | $0.00 |
| 12 | CITY OF PHILADELPHIA (LD)<br>»» 011 | Secured Creditors | $10,386.27 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-13966-AMC**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,203.00 | Current Monthly Payment: | $1,291.20 |
| Paid to Claims: | $0.00 | Arrearages: | ($1,291.20) |
| Paid to Trustee: | $1,093.63 | Total Plan Base: | $127,491.00 |
| Funds on Hand: | $13,109.37 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.