**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 25-13966** |
| | § | |
| **GLORIA ANDAIN JOHNSON** | § | |
| **DEBTOR** | § | |

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. f/k/a JPMorgan Chase Bank, as Trustee, for GSMPS Mortgage Loan Trust 2003-2, Mortgage Pass-Through Certificates, Series 2003-2 C/o NewRez LLC d/b/a Shellpoint Mortgage Servicing | The Bank of New York Mellon c/o Wells Fargo Bank, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**NewRez LLC d/b/a Shellpoint Mortgage Servicing**
**PO Box 10826**
**Greenville, SC 29603-0826**

Phone: **800-365-7107**
Last Four Digits of Acct #: **xxxxxx1384**

Court Claim # (if known): 1-2
Amount of Claim: $98,713.91
Date Claim Filed: 2/5/2026

Phone:
Last Four Digits of Acct.# xxxxxx**9607**

Name and Address where transferee payments should be sent (if different from above):

**NewRez LLC d/b/a Shellpoint Mortgage Servicing**
**PO Box 10826**
**Greenville, SC 29603-0826**

Phone: **800-365-7107**
Last Four Digits of Acct #: **xxxxxx1384**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Craig A. Edelman
Transferee/Transferee's Agent

Date: 9/16/2026

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM**

I hereby certify that a true and correct copy of the foregoing document has been filed with the court and served upon the following parties in interest on or before September 18, 2026 via U.S Mail. All other parties in interest listedon the Notice of Electronic Filing have been served electronically.

**Debtor** ***Via U.S. Mail***
Gloria Andain Johnson
7942 Fayette St
Philadelphia, PA 19150-2104

Respectfully Submitted,

/s/ Craig A. Edelman
Craig A. Edelman