# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# Philadelphia Division

| | |
|---|---|
| Gloria Andain Johnson,<br><br>Debtor. | Case No. 25-13966-AMC<br>Chapter 13 |

## Notice of Debtor's Objection to Claim No. 2 by Claimant Internal Revenue Service and Hearing Date

The Debtor in the above-captioned matter has filed an objection to the proof of claim you filed in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your counsel. If you do not want the court to sustain the objection, or you want the court to consider your views, you must file a response on or before Thursday, October 8, 2026.**

**A hearing on the motion is scheduled to be held on Wednesday, November 4, 2026, at 11:00 a.m.** before Chief U.S. Bankruptcy Judge Ashley M. Chan, in person, and possibly by Zoom Audio. To attend the hearing in person, go to Courtroom #4 at 900 Market Street, Philadelphia, PA 19107. If applicable, to attend the hearing by Zoom Audio, use Meeting Info: 1-646-828-7666 (telephone number) and 160 6807 8081 (meeting ID). No participant ID is necessary.

Date: September 24, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: ____________________

Michael A. Cibik (#23110)
1500 Walnut Street, Suite
900 Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com