**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Gloria Andain Johnson,<br><br>Debtor. | Case No. 25-13966-AMC<br>Chapter 13 |

## Certificate of Service

I hereby certify that on this date a true and correct copy of the Debtor's Objection to Claim No. 2 by Claimant Internal Revenue Service was served on all parties listed below by first class mail or through the CM/ECF system, along with the notice, the proposed order, and all exhibits.

U.S. Trustee (CM/ECF)

Scott F. Waterman (CM/ECF)

Internal Revenue Service (First Class Mail)
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Date: September 24, 2026

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com