**Fill in this information to identify the case:**

Debtor 1 GLORIA ANDAIN JOHNSON

Debtor 2
(Spouse, if filing) ______

United States Bankruptcy Court for the: EASTERN District of PENNSYLVANIA
(State)

Case number 25-13966-AMC

Official Form 410

# Proof of Claim

04/25

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Department of Treasury - Internal Revenue Service Creditor Number : 15056021
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor ______

**2. Has this claim been acquired from someone else?**

☐ No
☐ Yes. From whom? ______

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|---|
| Name | Internal Revenue Service | Internal Revenue Service |
| Number Street | P.O. Box 7346 | P.O. Box 7317 |
| City State ZIP Code | Philadelphia PA 19101-7346 | Philadelphia PA 19101-7317 |
| Contact phone | 1-800-973-0424 | 1-800-973-0424 |
| Contact email | | |

Uniform claim identifier (if you use one): ______

**4. Does this claim amend one already filed?**

☐ No
☐ Yes. Claim number on court claims registry (if known) ______ Filed on ______ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☐ No
☐ Yes. Who made the earlier filing? ______

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

6. **Do you have any number you use to identify the debtor?**
- ❑ No
- ❑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: See Attachment

7. **How much is the claim?** $ 9,545.05. **Does this amount include interest or other charges?**
- ❑ No
- ❑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Taxes

9. **Is all or part of the claim secured?**
- ❑ No
- ❑ Yes. The claim is secured by a lien on property.

**Nature of property:**
- ❑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
- ❑ Motor vehicle
- ❑ Other. Describe: ______

**Basis for perfection:** ______

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property**: $______

**Amount of the claim that is secured:** $______

**Amount of the claim that is unsecured:** $______(The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $______

**Annual Interest Rate** (when case was filed)______%
- ❑ Fixed
- ❑ Variable

10. **Is this claim based on a lease?**
- ❑ No
- ❑ Yes. **Amount necessary to cure any default as of the date of the petition.** $______

11. **Is this claim subject to a right of setoff?**
- ❑ No
- ❑ Yes. Identify the property: See attachment

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

❑ No

❑ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ❑ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| ❑ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| ❑ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| ❑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ 8,317.05 |
| ❑ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| ❑ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ |

* Amounts are subject to adjustment on 04/01/28 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

❑ I am the creditor.

❑ I am the creditor's attorney or authorized agent.

❑ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

❑ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 10/31/2025
MM / DD / YYYY

/s/ ALICIA SAMUELS
Signature

**Print the name of the person who is completing and signing this claim:**

Name: ALICIA (First name) (Middle name) SAMUELS (Last name)

Title: Bankruptcy Specialist

Company: Internal Revenue Service
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 955 S SPRINGFIELD AVE, BLDG A (Number Street)
SPRINGFIELD (City) NJ (State) 07081 (ZIP Code)

Contact phone (973) 921-4321 Email Alicia.G.Samuels@irs.gov

# Proof of Claim for Internal Revenue Taxes

Form 410
Attachment

Department of the Treasury/Internal Revenue Service

**In the Matter of:** GLORIA ANDAIN JOHNSON
AKA GLORIA ANDAIN
7942 FAYETTE STREET
PHILADELPHIA, PA 19150-2104

Case Number
25-13966-AMC

Type of Bankruptcy Case
CHAPTER 13

Date of Petition
09/30/2025

The United States has the right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

## Unsecured Priority Claims

under section 507(a)(8) of the Bankruptcy Code

| *Taxpayer ID Number* | *Kind of Tax* | *Tax Period* | *Date Tax Assessed* | *Tax Due* | *Interest to Petition Date* |
|---|---|---|---|---|---|
| XXX-XX-3178 | INCOME | 12/31/2022 | 1 D-ESTIMATED-SEE NOTE | $853.00 | $0.00 |
| XXX-XX-3178 | INCOME | 12/31/2023 | 1 D-ESTIMATED-SEE NOTE | $3,641.00 | $0.00 |
| XXX-XX-3178 | INCOME | 12/31/2024 | 1 D-ESTIMATED-SEE NOTE | $3,823.05 | $0.00 |
| | | | | $8,317.05 | $0.00 |

**Total Amount of Unsecured Priority Claims: $8,317.05**

## Unsecured General Claims

| *Taxpayer ID Number* | *Kind of Tax* | *Tax Period* | *Date Tax Assessed* | *Tax Due* | *Interest to Petition Date* |
|---|---|---|---|---|---|
| XXX-XX-3178 | INCOME | 12/31/2021 | 1 D-ESTIMATED-SEE NOTE | $1,228.00 | $0.00 |
| | | | | $1,228.00 | $0.00 |

**Total Amount of Unsecured General Claims: $1,228.00**

1 LIABILITY IS ESTIMATED BASED ON AVAILABLE INFORMATION BECAUSE THE RETURN HAS NOT BEEN FILED. THIS CLAIM MAY BE AMENDED AS NECESSARY AFTER THE DEBTOR FILES THE RETURN OR PROVIDES OTHER REQUIRED INFORMATION.

Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Wage and Income Transcript

| | |
|---|---|
| Request Date: | 03-30-2026 |
| Response Date: | 03-30-2026 |
| Tracking Number: | 110104761573 |

| | |
|---|---|
| TIN Provided: | XXX-XX-3178 |
| Tax Period Requested: | 12-31-2021 |

# Form 1099-K: Payment Card and Third Party Network Transactions

### Transferor:

Transferor's Federal Identification Number (FIN): XX-XXX9876
BLOC INC
F/K/ SQUA INC
1455 M

### Employee:

Employee's Identification Number: XXX-XX-3178
GLOR ANDA JOHN
NUL
7942 F

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | XXXXXX07T2 |
| PSE-EPF Indicators: | Check box if FILER is Payment Settlement Entity (PSE) |
| Merchant Category Code: | 7298 |
| Transactions Reported: | Check box if TRANSACTIONS are Third Party Network |
| Number of Payment Transactions: | 262 |
| Second TIN Notice Indicator: | Box not checked |
| Gross Amount of Payment Card/Third Party Transactions: | $22,656.00 |
| January Payments: | $1,362.00 |
| February Payments: | $990.00 |
| March Payments: | $1,265.00 |
| April Payments: | $3,003.00 |
| May Payments: | $1,639.00 |
| June Payments: | $1,549.00 |
| July Payments: | $966.00 |
| August Payments: | $2,271.00 |
| September Payments: | $1,464.00 |
| October Payments: | $2,827.00 |
| November Payments: | $2,183.00 |
| December Payments: | $3,137.00 |
| Card Not Present Transactions: | $22,656.00 |

# Form 1099-G

## Payer:

Payer's Federal Identification Number (FIN): XX-XXX3107
PENN U BENE SYST

## Recipient:

Recipient's Identification Number: XXX-XX-3178
JOHN GLOR E
7942 F

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | 0 |
| Tax Withheld: | $1,120.00 |
| Unemployment Compensation: | $11,100.00 |
| Year of Refund: | 00-00-0000 |
| 1099G Offset: | Not Refund, Credit or Offset for Trade or Business |
| Second TIN Notice: | |

# Form 1099-DIV

## Payer:

Payer's Federal Identification Number (FIN): XX-XXX6897
COMP IN A CUST O TH M
TA TLIF POLI TRUS
PO BOX

## Recipient:

Recipient's Identification Number: XXX-XX-3178
GLOR E ANDA
7942 F

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | XXXXXXXXXXXXXXXX0001 |
| Ordinary Dividend: | $19.00 |
| Qualified Dividends: | $19.00 |
| Second Notice Indicator: | No second notice |
| FATCA Filing Requirement: | Box not checked no Filing Requirement |

This Product Contains Sensitive Taxpayer Data

Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Wage and Income Transcript

| | |
|---|---|
| Request Date: | 03-30-2026 |
| Response Date: | 03-30-2026 |
| Tracking Number: | 110104761573 |

| | |
|---|---|
| TIN Provided: | XXX-XX-3178 |
| Tax Period Requested: | 12-31-2022 |

# Form 1099-K: Payment Card and Third Party Network Transactions

### Transferor:

Transferor's Federal Identification Number (FIN): XX-XXX9876
BLOC INC
F/K/ SQUA INC
1955 B

### Employee:

Employee's Identification Number: XXX-XX-3178
GLOR ANDA JOHN
NUL
7942 F

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | XXXXXX09T2 |
| PSE-EPF Indicators: | Check box if FILER is Payment Settlement Entity (PSE) |
| Merchant Category Code: | 7298 |
| Transactions Reported: | Check box if TRANSACTIONS are Third Party Network |
| Number of Payment Transactions: | 264 |
| Second TIN Notice Indicator: | Box not checked |
| Gross Amount of Payment Card/Third Party Transactions: | $21,377.00 |
| January Payments: | $1,842.00 |
| February Payments: | $2,166.00 |
| March Payments: | $2,485.00 |
| April Payments: | $1,612.00 |
| May Payments: | $1,167.00 |
| June Payments: | $2,749.00 |
| July Payments: | $659.00 |
| August Payments: | $1,781.00 |
| September Payments: | $1,229.00 |
| October Payments: | $1,866.00 |
| November Payments: | $2,215.00 |
| December Payments: | $1,606.00 |
| Card Not Present Transactions: | $21,377.00 |

# Form 1099-DIV

### Payer:

| | |
|---|---|
| Payer's Federal Identification Number (FIN): | XX-XXX6897 |
| COMP IN A CUST O TH M | |
| TA TLIF POLI TRUS | |
| PO BOX | |

### Recipient:

| | |
|---|---|
| Recipient's Identification Number: | XXX-XX-3178 |
| GLOR ANDA JOHN | |
| 7942 F | |
| Submission Type: | Original document |
| Account Number (Optional): | XXXXXXXXXXXXXXXX0001 |
| Ordinary Dividend: | $57.00 |
| Qualified Dividends: | $57.00 |
| Second Notice Indicator: | No second notice |
| FATCA Filing Requirement: | Box not checked no Filing Requirement |

# Form 1099-DIV

### Payer:

| | |
|---|---|
| Payer's Federal Identification Number (FIN): | XX-XXX6897 |
| COMP IN A CUST O TH M | |
| TA TLIF POLI TRUS | |
| PO BOX | |

### Recipient:

| | |
|---|---|
| Recipient's Identification Number: | XXX-XX-3178 |
| GLOR E ANDA | |
| 7942 F | |
| Submission Type: | Original document |
| Account Number (Optional): | XXXXXXXXXXXXXXXX0001 |
| Ordinary Dividend: | $19.00 |
| Qualified Dividends: | $19.00 |
| Second Notice Indicator: | No second notice |
| FATCA Filing Requirement: | Box not checked no Filing Requirement |

This Product Contains Sensitive Taxpayer Data

Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Wage and Income Transcript

| | |
|---|---|
| Request Date: | 03-30-2026 |
| Response Date: | 03-30-2026 |
| Tracking Number: | 110104761573 |

| | |
|---|---|
| TIN Provided: | XXX-XX-3178 |
| Tax Period Requested: | 12-31-2023 |

# Form 1099-K: Payment Card and Third Party Network Transactions

### Transferor:

| | |
|---|---|
| Transferor's Federal Identification Number (FIN): | XX-XXX9876 |

BLOC INC
F/K/ SQUA INC
1955 B

### Employee:

| | |
|---|---|
| Employee's Identification Number: | XXX-XX-3178 |

GLOR ANDA JOHN
NUL
7942 F

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | XXXXXX67T2 |
| PSE-EPF Indicators: | Check box if FILER is Payment Settlement Entity (PSE) |
| Merchant Category Code: | 7298 |
| Transactions Reported: | Check box if TRANSACTIONS are Third Party Network |
| Number of Payment Transactions: | 331 |
| Second TIN Notice Indicator: | Box not checked |
| Gross Amount of Payment Card/Third Party Transactions: | $45,996.00 |
| January Payments: | $2,030.00 |
| February Payments: | $2,292.00 |
| March Payments: | $2,540.00 |
| April Payments: | $864.00 |
| May Payments: | $2,760.00 |
| June Payments: | $4,296.00 |
| July Payments: | $7,740.00 |
| August Payments: | $5,604.00 |
| September Payments: | $6,483.00 |
| October Payments: | $4,912.00 |
| November Payments: | $3,817.00 |
| December Payments: | $2,655.00 |
| Card Not Present Transactions: | $45,996.00 |

# Form 1099-DIV

## Payer:

| | |
|---|---|
| Payer's Federal Identification Number (FIN): | XX-XXX6897 |
| COMP IN A CUST O TH M | |
| TA TLIF POLI TRUS | |
| PO BOX | |

## Recipient:

| | |
|---|---|
| Recipient's Identification Number: | XXX-XX-3178 |
| GLOR E ANDA | |
| 7942 F | |

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | XXXXXXXXXXXXXXXX0001 |
| Ordinary Dividend: | $20.00 |
| Qualified Dividends: | $20.00 |
| Second Notice Indicator: | No second notice |
| FATCA Filing Requirement: | Box not checked no Filing Requirement |

This Product Contains Sensitive Taxpayer Data

Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Wage and Income Transcript

| | |
|---|---|
| Request Date: | 03-30-2026 |
| Response Date: | 03-30-2026 |
| Tracking Number: | 110104761573 |

| | |
|---|---|
| TIN Provided: | XXX-XX-3178 |
| Tax Period Requested: | 12-31-2024 |

## Form 1099-DIV

### Payer:

Payer's Federal Identification Number (FIN): XX-XXX6897
COMP IN A CUST O TH M
TA TLIF POLI TRUS
PO BOX

### Recipient:

Recipient's Identification Number: XXX-XX-3178
GLOR E ANDA
7942 F

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | XXXXXXXXXXXXXXXX0001 |
| Ordinary Dividend: | $21.00 |
| Qualified Dividends: | $21.00 |
| Second Notice Indicator: | No second notice |
| FATCA Filing Requirement: | Box not checked no Filing Requirement |

## Form 1099-DIV

### Payer:

Payer's Federal Identification Number (FIN): XX-XXX6897
COMP IN A CUST O TH M
TA TLIF POLI TRUS
PO BOX

### Recipient:

Recipient's Identification Number: XXX-XX-3178
GLOR ANDA JOHN
7942 F

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | XXXXXXXXXXXXXXXX0001 |
| Ordinary Dividend: | $81.00 |
| Qualified Dividends: | $81.00 |
| Second Notice Indicator: | No second notice |
| FATCA Filing Requirement: | Box not checked no Filing Requirement |

This Product Contains Sensitive Taxpayer Data