**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | Case No. 25-13966 |
| GLORIA ANDAIN JOHNSON, | : | |
| | : | |
| Debtor. | : | |

## PRAECIPE TO WITHDRAW RESPONSE

The United States hereby requests to withdraw its Response to Debtor's Objection filed in the above-captioned case (ECF 61).

Dated: October 9, 2026

Respectfully submitted,

DAVID METCALF
United States Attorney

/s/ *Mark C. Priebe*
MARK C. PRIEBE
Assistant United States Attorney
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia PA, 19106
mark.priebe@usdoj.gov
(215) 861-8412

*Counsel for the United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused a true and correct copy of the foregoing Withdrawal of Response to Debtor's Objection to Proof of Claim No. 2 via the Court's CM/ECF System, thereby making it available for viewing and downloading for all parties to the case.

Dated: October 9, 2026

*/s/ Mark C. Priebe*
MARK C. PRIEBE
Assistant United States Attorney