United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 25-13966-amc
Gloria Andain Johnson Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 4
Date Rcvd: Oct 31, 2026 Form ID: 155 Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Gloria Andain Johnson, 7942 Fayette Street, Philadelphia, PA 19150-2104 |
| 15056027 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15056031 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15185472 | + | The Bank of New York Mellon, C/O BRENT JAMES LEMON, McCalla Raymer Leibert Pierce, LLP, 325 Chestnut Street, Suite 725, Philadelphia, PA 19106-2607 |
| 15056035 | | The Bank of New York Mellon, 11625 N Community House Rd, Charlotte, NC 28277-1581 |
| 15056037 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 15059450 | + | Wells Fargo Bank, N.A., c/o MARIO J. HANYON, Brock & Scott, PLLC, 302 Fellowship Road,, Ste 130 Mount Laurel, NJ 08054-1218 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15056011 | + | Email/Text: bankruptcy@amhfcu.org | Oct 31 2026 17:35:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 15111166 | | Email/Text: megan.harper@phila.gov | Oct 31 2026 17:35:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax Litigation & Collections Unit, Bankruptcy Division, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 15056014 | | Email/Text: megan.harper@phila.gov | Oct 31 2026 17:35:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15115790 | | Email/Text: megan.harper@phila.gov | Oct 31 2026 17:35:00 | City of Philadelphia Law Department, Tax Litigation and Collections Unit, 1401 John F. Kennedy Blvd., 5th floor, Philadelphia, PA 19102 |
| 15056012 | | Email/Text: caineweiner@ebn.phinsolutions.com | Oct 31 2026 17:35:14 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 15056013 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 31 2026 17:40:53 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15056015 | | Email/Text: bankruptcy@philapark.org | Oct 31 2026 17:35:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15056016 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 31 2026 17:35:00 | Concora Credit, Genesis FS Card Services PO Box 4477, Beaverton, OR 97076-4401 |
| 15056017 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 31 2026 17:35:00 | Credit Acceptance, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 15056018 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 31 2026 17:35:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 15056019 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 31 2026 17:40:53 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |

| | | | | |
|---|---|---|---|---|
| 15056020 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 31 2026 17:41:07 | Fst Premier, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 15056021 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 31 2026 17:35:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15078619 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 31 2026 17:35:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15056022 | | Email/Text: bk@lendmarkfinancial.com | Oct 31 2026 17:35:00 | Lendmark, 2118 Usher St., Covington, GA 30014 |
| 15079787 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 31 2026 17:41:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15056023 | | Email/Text: amps@manleydeas.com | Oct 31 2026 17:35:00 | MDK, Attn: Bankruptcy, c/o Meredith Wooters, P.O. Box 165028, Columbus, OH 43216 |
| 15067524 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Oct 31 2026 17:35:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 15056024 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 31 2026 17:35:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 15187404 | | Email/Text: mtgbk@shellpointmtg.com | Oct 31 2026 17:35:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 15056025 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 31 2026 17:35:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15056026 | | Email/Text: bankruptcies@penncredit.com | Oct 31 2026 17:35:00 | Penn Credit, Attn: Bankruptcy, 2800 Commerce Dr, Harrisburg, PA 17110 |
| 15056030 | ^ | MEBN | Oct 31 2026 17:18:11 | PGW, Legal - Bankruptcy Unit, 800 W Montgomery Ave Fl 3, Philadelphia, PA 19122-2806 |
| 15056028 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 31 2026 17:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15056029 | ^ | MEBN | Oct 31 2026 17:18:18 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15056032 | | Email/Text: bankruptcy@philapark.org | Oct 31 2026 17:35:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15056033 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 31 2026 17:40:38 | Syncb/Modells, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15056034 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 31 2026 17:40:52 | Synchrony Bank/JCPenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15058138 | + | Email/Text: amps@manleydeas.com | Oct 31 2026 17:35:00 | The Bank of New York, Mellon, f/k/a The Bank of New York, c/o ADAM BRADLEY HALL, Manley Deas Kochalski, P.O. Box 165028, Columbus, OH 43216-5028 |
| 15101223 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Oct 31 2026 17:40:39 | The Bank of New York Mellon, c/o Wells Fargo Bank, N.A., Attn: BK. Dept. MAC N9286-01Y, Default Document Processing, P.O. Box 1629, Minneapolis MN 55440-1629 |
| 15066667 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Oct 31 2026 17:41:06 | The Bank of New York Mellon, f/k/a The Bank of New, c/o Wells Fargo Bank, N.A., Attention: Bankruptcy Department MAC N92, P.O. Box 1629, Minneapolis Minnesota 55440-1629 |
| 15056036 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 31 2026 17:35:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15056038 | + | Email/Text: collections@waypoint.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 31 2026 17:35:00 | Waypoint Resource Group, Attn: Bankruptcy, 1065 W Levoy Dr, Ste 100, Taylorsville, UT 84123-2979 |
| 15072229 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Oct 31 2026 17:41:06 | Wells Fargo Bank, N.A., Attn: Bankruptcy Department, MAC N9286-01Y,, Default Document Processing,, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 15059193 | + | Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | Oct 31 2026 17:41:06 | Wells Fargo Bank, N.A., 11625 N. Community House Rd, Charlotte, North Carolina 28277-1581 |
| 15059192 | + | Email/Text: EBN@brockandscott.com | Oct 31 2026 17:35:00 | Wells Fargo Bank, N.A., C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |

TOTAL: 36

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15079788 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. f/k/a JPMorgan Chase Bank, as Trustee, for GSMPS Mortgage Loan Trust 2003-2, Mortgage Pass-T amps@manleydeas.com |
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BRENT JAMES LEMON | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. f/k/a JPMorgan Chase Bank, as Trustee, for GSMPS Mortgage Loan Trust 2003-2, Mortgage Pass-T Brent.Lemon@mccalla.com, mccallaecf@ecf.courtdrive.com |
| MARIO J. HANYON | on behalf of Creditor Wells Fargo Bank N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MARK C. PRIEBE | on behalf of Creditor United States of America on Behalf of IRS mark.priebe@usdoj.gov |
| MICHAEL A. CIBIK | on behalf of Debtor Gloria Andain Johnson help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Gloria Andain Johnson | ) | Case No. 25−13966−amc |
| aka Gloria Andain | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: October 21, 2026

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court