**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Gloria Andain Johnson,<br><br>Debtor. | Case No. 25-13966-AMC<br>Chapter 13 |

**Order on Debtor's Objection to Claim No. 2 by Claimant Internal Revenue Service**

**AND NOW**, on this 5th day of November 2026, after consideration of the Debtor's Objection to Claim No. 2 by Claimant Internal Revenue Service, and after notice and hearing, it is hereby **ORDERED** that:

1. The objection is **SUSTAINED**.
2. Claim no. 2 is **DISALLOWED**.

Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge